ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
James.Baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA, and SCHWARZ PARTNERS, LP,<br><br>Defendants. | Case No.:  2:20-cv-01948-MCE<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT AND DISMISS DEFENDANT PACKAGING CORPORATION OF AMERICA** |

Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendants Packaging Corporation of America (PCA) and Schwarz Partners, LP (Schwarz) submit the following stipulation and request that the Court grant Plaintiff leave to file a First Amended Complaint to substitute a defendant, and to amend the caption pursuant to Federal Rule of Civil Procedures 15(a) and 21, and Local Rule 143:

1. The EEOC filed its Complaint in this case on September 29, 2020, naming PCA and Schwarz as defendants (ECF 1).

2. From October 2020 to December 2020, the Parties met and conferred concerning the lawsuit and the parties named in the Complaint to avoid unnecessary motion practice.

3. Specifically, PCA sought to have the EEOC dismiss it from the case and name as a

1  defendant instead one of PCA's wholly-owned subsidiaries, Packaging Corporation of America
2  Central California Corrugated, LLC (PCACCC).  PCA explained, among other things, that:
3       a.    In October 2017, Northern Sheets LLC, which operated the McClellan facility
4  at which Caleb Calloway and Marvin Lyles worked, was sold to PCACCC. PCACCC is a single
5  member LLC, and PCA is the only member.  Although PCA was the guarantor of the purchase,
6  PCACCC, not PCA, purchased the membership interests in Northern Sheets LLC.
7       b.    Upon the purchase, Northern Sheets LLC merged into PCACCC.  All
8  Northern Sheets assets were transferred to PCACCC, and PCACCC became the employer of all
9  individuals employed at the McClellan facility at the time of the purchase.
10      c.    PCACCC received notice of Caleb Calloway's and Marvin Lyles' Charges of
11 Discrimination and participated in the EEOC's underlying investigation and conciliation of the
12 Charges of Discrimination, pursuant to the terms of an indemnification agreement between
13 PCACCC and Northern Sheets.
14     4.    PCA and Schwarz returned waivers of service of summons on November 17, 2020,
15 and December 9, 2020, respectively.
16     5.    The Parties agree that the EEOC should amend its Complaint to name PCACCC as a
17 defendant, and should dismiss PCA without prejudice, as evidenced by the First Amended
18 Complaint, a true and correct copy of which is attached as Exhibit A.  The EEOC may move at any
19 time to join PCA as a Defendant in this action.
20     6.    The case caption should be amended to read *U.S. Equal Employment Opportunity*
21 *Commission v. Packaging Corporation of America Central California Corrugated LLC, and*
22 *Schwarz Partners, LP*.
23     Therefore, the Parties hereby stipulate and request that the Court grant the following relief:
24     A.    EEOC is granted leave to file the First Amended Complaint attached as Exhibit A in
25 this action;
26     B.    Defendants' responsive pleadings shall be due twenty-one (21) days after the First
27 Amended Complaint is filed and served;
28     C.    Defendant Packaging Corporation of America is hereby dismissed from this action

without prejudice;

D.     The Court Clerk shall amend the case caption to read *U.S. Equal Employment Opportunity Commission v. Packaging Corporation of America Central California Corrugated LLC, and Schwarz Partners, LP*; and,

E.     The EEOC may move at any time to rejoin PCA as a Defendant in this action.

IT IS SO STIPULATED.

Respectfully submitted:

Dated:  January 4, 2021                         /s/  James H. Baker
_____
James H. Baker
EEOC Senior Trial Attorney
*Attorneys for Plaintiff EEOC*

Dated:  January 4, 2021                         /s/ Kayla K. Cox
_____
Kayla K. Cox
Littler Mendelson P.C.
*Attorneys for Defendant PCA*

Dated:  January 4, 2021                         /s/ Douglas M. Egbert
_____
Douglas M. Egbert
Jackson Lewis P.C.
*Attorneys for Defendant Schwarz*

IT IS SO ORDERED.

Dated:  January 28, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE