JACKSON LEWIS P.C.
DOUGLAS M. EGBERT (SBN 265062)
CHRISTOPHER J. TRUXLER (SBN 282354)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:    (916) 341-0404
Facsimile:    (916) 341-0141
E-mail:  *douglas.egbert@jacksonlewis.com*
E-mail:  *christopher.truxler@jacksonlewis.com*

Attorneys for Defendants
SCHWARZ PARTNERS, LP and PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC, and SCHWARZ PARTNERS, LP,<br><br>Defendants. | Case No. 2:20-cv-01948-MCE-CKD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PCACCC TO RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC ("PCACCC") may have an additional 15 days within which to answer or otherwise respond to Plaintiff's First Amended Complaint.  Thus, the last day for PCACCC to answer or otherwise respond is now March 5, 2021.  The parties also request the Court enter an order consistent with this stipulation

Good cause exists for this extension as on or about February 12, 2021, Jackson Lewis P.C. was just retained to also represent PCACCC, and defense counsel requires additional time to prepare a responsive pleading.  Additionally, while a copy of Plaintiff's First Amended

Complaint was served on co-counsel for PCACCC on January 28, 2021, this defense counsel was not served until February 12, 2021, which is just six calendar days before the responsive pleading is due. Finally, the parties agree this extension is not prejudicial to the EEOC or the Charging Parties, and the EEOC does not intend to seek a default against PCACCC while this stipulation and proposed order is pending before the Court.

    This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated:  February 16, 2021                      JACKSON LEWIS P.C.

                                                            By: /s/ *Douglas M. Egbert*
                                                                   Douglas M. Egbert
                                                                   Christopher J. Truxler

                                                            Attorneys for Defendant
                                                           SCHWARZ PARTNERS, LP and
                                                           PACKAGING CORPORATION OF
                                                           AMERICA CENTRAL CALIFORNIA
                                                           CORRUGATED, LLC

Dated:  February 16, 2021                      U.S. E.E.O.C.

                                            By: /s/ *James H. Baker* (as authorized on 2.16.2021
                                                            Roberta Steele
                                                            Marcia l. Mitchell
                                                            James H. Baker Jr.

                                                           Attorneys for Plaintiff
                                                           U.S. E.E.O.C.

2

STIPULATION AND ORDER TO EXTEND TIME FOR        *EEOC v. Packaging Corp. of America, et al..*
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT    Case No. 2:20-cv-01948-MCE-CKD

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant PCACCC shall answer or respond to Plaintiff's First Amended Complaint on or before March 5, 2021.

IT IS SO ORDERED.

Dated: February 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE