JACKSON LEWIS P.C.
DOUGLAS M. EGBERT (SBN 265062)
CHRISTOPHER J. TRUXLER (SBN 282354)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141
E-mail:  *douglas.egbert@jacksonlewis.com*
E-mail:  c*hristopher.truxler@jacksonlewis.com*

Attorneys for Defendants
SCHWARZ PARTNERS, LP and PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC, and SCHWARZ PARTNERS, LP,<br><br>Defendants. | Case No. 2:20-cv-01948-MCE-CKD<br><br>**DEFENDANT SCHWARZ PARTNERS, LP'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, SCHWARZ PARTNERS, LP ("Defendant") discloses that it does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated:  March 5, 2021                                                   JACKSON LEWIS P.C.


By: /s/ *Douglas M. Egbert*
         Douglas M. Egbert

Attorneys for Defendant
SCHWARZ PARTNERS, LP

1