1   ROBERTA STEELE, SBN 188198 (CA)
    MARCIA L. MITCHELL, SBN 18122 (WA)
2   JAMES H. BAKER, SBN 291836 (CA)
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3   San Francisco District Office
    450 Golden Gate Ave., 5th Floor West
4   P.O. Box 36025
    San Francisco, CA  94102
5   Telephone No. (650) 684-0950
    Fax No. (415) 522-3425
6   james.baker@eeoc.gov

7   *Attorneys for Plaintiff EEOC*

8   ***See Signature Page for Complete List***
    ***of Defense Counsel***

9

10                          UNITED STATES DISTRICT COURT

11                         EASTERN DISTRICT OF CALIFORNIA

12

13   U.S. EQUAL EMPLOYMENT OPPORTUNITY          Case No.:  2:20-cv-01948-MCE-CKD
     COMMISSION,
14

15              Plaintiff,                      **STIPULATION TO CONTINUE FACT**
                                                **DISCOVERY CUTOFF AND**
16        vs.                                   **SUBSEQUENT DEADLINES; ORDER**

17   PACKAGING CORPORATION OF AMERICA
     CENTRAL CALIFORNIA CORRUGATED,
18   LLC, and SCHWARZ PARTNERS, LP,

19              Defendants.

20

21          In accordance with Local Rule 144 and the Initial Pretrial Scheduling Order, Plaintiff U.S.

22   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (Plaintiff) and Defendants

23   PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED LLC

24   and SCHWARZ PARTNERS LP (Defendants) (collectively referred to as the Parties), jointly

25   request an Order from the Court continuing the April 1, 2022 deadline for completing fact discovery

26   and subsequent related deadlines[1] 60 days while the Parties finalize their tentative settlement

27   _____

28   [1] The Initial Scheduling order sets these deadlines based on the non-expert discovery deadline. *See*
     ECF 3 (Initial Pretrial Scheduling Order).

agreement.

      1.      The deadline to complete non-expert discovery is April 1, 2022.

      2.      The deadline to submit expert witness disclosures is May 31, 2022.

      3.      The deadline to submit rebuttal expert witness disclosures is June 20, 2022.

      4.      The deadline to submit the Joint Trial Readiness Report (if no dispositive motions are filed) is August 1, 2022.

      5.      The deadline to file dispositive motions is September 28, 2022.

      6.      The Parties mediated and reached a tentative settlement agreement in principle and are working to finalize the terms of the Consent Decree that will be submitted to the Court for approval.

      7.      The Parties believe that good cause exists to continue the discovery, expert and dispositive motion deadlines in order to avoid the potentially unnecessary burden and expense of discovery and any potential disputes, while the Parties finalize a settlement.

      8.      On February 23, the Court extended the deadline for Defendant Packaging Corporation of America Central California Corrugated, LLC, to respond to the EEOC's First Amended Complaint from February 18, 2021, to March 5, 2021.  *See* ECF 18.

      9.      The Parties have not requested any other extensions from the Court.

      10.      There is no trial date currently set.

      WHEREFORE, the Parties seek an order to continue the discovery, expert and dispositive motion deadlines 60 days to enable the Parties to attempt to resolve the case without unnecessary burden and expenditure of resources.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

1        DATED this 18th day of March, 2022.

2   By:  _/s/  James H. Baker_

3

4   ROBERTA L. STEELE            CHRISTOPHER LAGE
   Regional Attorney                 Deputy General Counsel

5   MARCIA L. MITCHELL          GWENDOLYN YOUNG REAMS
   Supervisory Trial Attorney         Associate General Counsel

6

7   JAMES H. BAKER                Office of the General Counsel
   Senior Trial Attorney             131 "M" Street NE
                                      Washington, D.C. 20507

8

9   U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
   San Francisco District Office

10  450 Golden Gate Ave., 5th Floor West
   P.O. Box 36025

11  San Francisco, CA 94102
   *Attorneys for Plaintiff EEOC*

12

13

14  By:  _/s/  Nicholas W. McKinney_ (as authorized on 3/17/2022)

15  KAYLA K. COX (SBN 311152)         TIMOTHY S. ANDERSON, SBN 71593 (OH)
   kcox@littler.com                  *Admitted Pro Hac Vice*

16  NICHOLAS W. MCKINNEY (SBN 322792)    tanderson@littler.com
   NMcKinney@littler.com           LITTLER MENDELSON P.C.

17  LITTLER MENDELSON, P.C.          Key Tower
   500 Capitol Mall, Suite 2000         127 Public Square, Suite 1600

18  Sacramento, CA 9514               Cleveland, Ohio 44114-9612
   Telephone:   916.830.7200          Telephone:   216.696.7600

19  Fax No.:      916.561.0828            Fax No.:      216.696.2038
   *Attorneys for Defendant,*

20  *Packaging Corporation of America Central California Corrugated LLC*

21

22  By:  _/s/  Christopher J. Truxler_ (as authorized on 3/17/2022)

23  DOUGLAS M. EGBERT (SBN 265062)
   CHRISTOPHER J. TRUXLER (SBN 282354)

24  JACKSON LEWIS P.C.
   400 Capitol Mall, Suite 1600

25  Sacramento, California 95814
   Telephone No. (916) 341-0404

26  Fax No. (916) 341-0141
   douglas.egbert@jacksonlewis.com

27  christopher.truxler@jacksonlewis.com
   *Attorneys for Defendants Schwarz Partners, LP*

28

1

**ORDER**

2      Pursuant to the parties' stipulation and good cause appearing, the deadline to complete non-

3 expert discovery is continued from April 1, 2022, to June 1, 2022.  All other deadlines shall be

4 recalculated in accordance with the Initial Pretrial Scheduling Order.

5      IT IS SO ORDERED.

6 Dated:  March 22, 2022

7

8 MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28