1  ROBERTA STEELE, SBN 188198 (CA)
2  MARCIA L. MITCHELL, SBN 18122 (WA)
   JAMES H. BAKER, SBN 291836 (CA)
3  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  450 Golden Gate Ave., 5th Floor West
   P.O. Box 36025
5  San Francisco, CA  94102
   Telephone No. (650) 684-0950
6  Fax No. (415) 522-3425
   james.baker@eeoc.gov

7  *Attorneys for Plaintiff EEOC*

8  *See Signature Page for Complete List
   of Defense Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 2:20-cv-01948-MCE-CKD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE FACT DISCOVERY CUTOFF AND SUBSEQUENT DEADLINES; ORDER THEREON** |
| vs. | |
| PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC, and SCHWARZ PARTNERS, LP, | |
| Defendants. | |

In accordance with Local Rule 144 and the Initial Pretrial Scheduling Order, Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (Plaintiff) and Defendants PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED LLC and SCHWARZ PARTNERS LP (Defendants) (collectively referred to as the Parties), jointly request an Order from the Court continuing the June 1, 2022 deadline for completing fact discovery and subsequent related deadlines[1] 30 days while the Parties continue to finalize their tentative

---
[1] The Initial Scheduling order sets these deadlines based on the non-expert discovery deadline. *See* ECF 3 (Initial Pretrial Scheduling Order).

settlement agreement.

1. The Parties mediated and reached a tentative settlement agreement in principle and are working to finalize the terms of the Consent Decree that will be submitted to the Court for approval.

2. The Parties need additional time to finalize the terms of the Consent Decree.

3. The Parties believe that good cause exists to continue the discovery, as well as expert and dispositive motion deadlines, in order to avoid the potentially unnecessary burden and expense of discovery and any potential disputes, while the Parties finalize a settlement.

**PRIOR EXTENSIONS**

4. On February 23, the Court extended the deadline for Defendant Packaging Corporation of America Central California Corrugated, LLC, to respond to the EEOC's First Amended Complaint from February 18, 2021, to March 5, 2021. *See* ECF 18.

5. On March 22, 2022 the Court extended the deadline to complete non-expert discovery from April 1, 2022, to June 1, 2022. *See* ECF 35.

6. There is no trial date currently set.

WHEREFORE, the Parties seek an order to continue the discovery, as well as expert and dispositive motion, deadlines 30 days to enable the Parties to attempt to resolve the case without unnecessary burden and expenditure of resources.

IT IS SO STIPULATED.

///

///

///

///

///

///

///

1   DATED this 1st day of June, 2022.

2  By: */s/ James H. Baker*

3  ROBERTA L. STEELE                           CHRISTOPHER LAGE
4  Regional Attorney                           Deputy General Counsel

5  MARCIA L. MITCHELL                          GWENDOLYN YOUNG REAMS
   Supervisory Trial Attorney                  Associate General Counsel
6

7  JAMES H. BAKER                              Office of the General Counsel
   Senior Trial Attorney                       131 "M" Street NE
8                                              Washington, D.C. 20507

   U.S. EQUAL EMPLOYMENT
9  OPPORTUNITY COMMISSION
   San Francisco District Office
10 450 Golden Gate Ave., 5th Floor West
   P.O. Box 36025
11 San Francisco, CA 94102
   *Attorneys for Plaintiff EEOC*
12

13

   By: */s/ Timothy S. Anderson* (as authorized on 5/25/2022)
14
   NICHOLAS W. MCKINNEY (SBN 322792)           TIMOTHY S. ANDERSON, SBN 71593 (OH)
15 NMcKinney@littler.com                       *Admitted Pro Hac Vice*
   LITTLER MENDELSON, P.C.                     tanderson@littler.com
16 500 Capitol Mall, Suite 2000                LITTLER MENDELSON P.C.
   Sacramento, CA 9514                         Key Tower
17 Telephone:   916.830.7200                   127 Public Square, Suite 1600
   Fax No.:     916.561.0828                   Cleveland, Ohio 44114-9612
18                                             Telephone:   216.696.7600
                                               Fax No.:     216.696.2038
19 *Attorneys for Defendant,*
   *Packaging Corporation of America Central California Corrugated LLC*
20

21

22 By: */s/ Gina M. Roccanova*  (as authorized on 5/31/2022)

23 GINA M. ROCCANOVA
   JACKSON LEWIS P.C.
24 50 California Street 9th Floor
   San Francisco, California 94111
25 Telephone No. (415) 796-5493
   Gina.Roccanova@jacksonlewis.com
26
   *Attorneys for Defendants Schwarz Partners, LP*
27

28

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the deadline to complete non-expert discovery is continued from June 1, 2022, to July 1, 2022. All other time deadlines shall be recalculated in accordance with the Initial Pretrial Scheduling Order. The provisions of the Initial Pretrial Scheduling Order otherwise remain in full force and effect.

IT IS SO ORDERED.

Dated: June 7, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE