1  ROBERTA STEELE, SBN 188198 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  JAMES H. BAKER, SBN 291836 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   450 Golden Gate Ave., 5th Floor West
4  P.O. Box 36025
   San Francisco, CA  94102
5  Telephone No. (650) 684-0950
   Fax No. (415) 522-3425
6  james.baker@eeoc.gov

7  *Attorneys for Plaintiff EEOC*

8  ***See Signature Page for Complete List***
   ***of Defense Counsel***

9

10

11                        UNITED STATES DISTRICT COURT

12                        EASTERN DISTRICT OF CALIFORNIA

13  U.S. EQUAL EMPLOYMENT OPPORTUNITY              Case No.:  2:20-CV-01948-MCE-CKD
    COMMISSION,
14

15          Plaintiff,                            **STIPULATION TO CONTINUE FACT**
                                                  **DISCOVERY CUTOFF AND**
16          vs.                                   **SUBSEQUENT DEADLINES, AND**
                                                  **ORDER**
17  PACKAGING CORPORATION OF AMERICA
    CENTRAL CALIFORNIA CORRUGATED,
18  LLC, and SCHWARZ PARTNERS, LP,

19          Defendants.

20

21          In accordance with Local Rule 144 and the Initial Pretrial Scheduling Order, Plaintiff U.S.

22  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (Plaintiff) and Defendants

23  PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED LLC

24  and SCHWARZ PARTNERS LP (Defendants) (collectively referred to as the Parties), jointly

25  request an Order from the Court continuing the July 1, 2022 deadline for completing fact discovery

26  and subsequent related deadlines[1] 30 days while the Parties continue to finalize their tentative

27

28  _____
    [1] The Initial Scheduling order sets these deadlines based on the non-expert discovery deadline. *See*
    ECF 3 (Initial Pretrial Scheduling Order).

1  settlement agreement.

2       1.      The Parties mediated and reached a tentative settlement agreement in principle and

3  are working to finalize the terms of the Consent Decree that will be submitted to the Court for

4  approval.

5       2.      The Parties need some additional time to finalize the terms of the Consent Decree.

6       3.      The Parties believe that good cause exists to continue the discovery, as well as expert

7  and dispositive motion deadlines, in order to avoid the potentially unnecessary burden and expense

8  of discovery and any potential disputes, while the Parties finalize a settlement.

9                                      **PRIOR EXTENSIONS**

10      4.      On February 23, the Court extended the deadline for Defendant Packaging

11  Corporation of America Central California Corrugated, LLC, to respond to the EEOC's First

12  Amended Complaint from February 18, 2021, to March 5, 2021.  *See* ECF 18.

13      5.      On March 22, 2022 the Court extended the deadline to complete non-expert discovery

14  from April 1, 2022, to June 1, 2022.  *See* ECF 35.

15      6.      On June 1, 2022 the Court extended the deadline to complete non-expert discovery

16  from June 1, 2022, to July 1, 2022. *See* ECF 38.

17      7.      There is no trial date currently set.

18      WHEREFORE, the Parties seek an order to continue the discovery, as well as expert and

19  dispositive motion, deadlines 30 days to enable the Parties to attempt to resolve the case without

20  unnecessary burden and expenditure of resources.

21

22  IT IS SO STIPULATED.

23

24

25

26  / / /

27  / / /

28  / / /

1          DATED this 29th day of June, 2022.

2     By:   */s/  James H. Baker*

3
      ROBERTA L. STEELE                          CHRISTOPHER LAGE
4     Regional Attorney                          Deputy General Counsel

5     MARCIA L. MITCHELL                         GWENDOLYN YOUNG REAMS
      Supervisory Trial Attorney                 Associate General Counsel
6
7     JAMES H. BAKER                             Office of the General Counsel
      Senior Trial Attorney                      131 "M" Street NE
                                                 Washington, D.C. 20507
8
      U.S. EQUAL EMPLOYMENT
9     OPPORTUNITY COMMISSION
      San Francisco District Office
10    450 Golden Gate Ave., 5th Floor West
      P.O. Box 36025
11    San Francisco, CA 94102
      *Attorneys for Plaintiff EEOC*
12

13
      By:   */s/ Timothy S. Anderson*  (as authorized on 6/29/2022)
14
      NICHOLAS W. MCKINNEY (SBN 322792)    TIMOTHY S. ANDERSON, SBN 71593 (OH)
15    NMcKinney@littler.com                *Admitted Pro Hac Vice*
      LITTLER MENDELSON, P.C.              tanderson@littler.com
16    500 Capitol Mall, Suite 2000         LITTLER MENDELSON P.C.
      Sacramento, CA 9514                  Key Tower
17    Telephone:    916.830.7200           127 Public Square, Suite 1600
      Fax No.:      916.561.0828           Cleveland, Ohio 44114-9612
18                                         Telephone:    216.696.7600
                                           Fax No.:      216.696.2038
19    *Attorneys for Defendant,*
      *Packaging Corporation of America Central California Corrugated LLC*
20

21

22    By:   */s/ Gina M. Roccanova*  (as authorized on 6/29/2022)

23    GINA M. ROCCANOVA
      JACKSON LEWIS P.C.
24    50 California Street 9th Floor
      San Francisco, California 94111
25    Telephone No. (415) 796-5493
      Gina.Roccanova@jacksonlewis.com
26
27    *Attorneys for Defendants Schwarz Partners, LP*

28

1

**ORDER**

2

    Pursuant to the parties' stipulation and good cause appearing, the deadline to complete non-

3

expert discovery is continued from July 1, 2022, to August 1, 2022.  All other deadlines shall be

4

recalculated in accordance with the Initial Pretrial Scheduling Order.

5

    IT IS SO ORDERED.

6

Dated:  July 6, 2022

7

8

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28