ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

*See Signature Page for Complete List
of Defense Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC, and SCHWARZ PARTNERS, LP,<br><br>Defendants. | Case No.: 2:20-CV-01948-MCE-CKD<br><br>**NOTICE OF TENTATIVE SETTLEMENT AND STIPULATION TO VACATE DEADLINES, AND ORDER** |

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (Plaintiff) and Defendants PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED LLC and SCHWARZ PARTNERS LP (Defendants) (collectively referred to as the Parties) hereby inform the Court that they have reached an agreement in principle to settle the above-captioned matter.  Counsel for the parties are in the process of finalizing and filing their Consent Decree and Proposed Order Entering the Consent Decree (Consent Decree) for the Court's review and approval.  The parties intend to file the Consent Decree as soon as practicable, but respectfully request that they are given 45 days, until September 15, 2022, to do so.

1  Accordingly, the Parties respectfully request that the Court vacate all remaining deadlines
2  and order that the Parties file their Consent Decree no later than September 15, 2022.
3  IT IS SO STIPULATED.
4  DATED this 3rd day of August, 2022.

By: */s/ James H. Baker*

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | GWENDOLYN YOUNG REAMS<br>Acting General Counsel |
| MARCIA L. MITCHELL<br>Supervisory Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| JAMES H. BAKER<br>Senior Trial Attorney | |
| U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>San Francisco District Office<br>450 Golden Gate Ave., 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA 94102<br>*Attorneys for Plaintiff EEOC* | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

By: */s/ Timothy S. Anderson* (as authorized on 7/29/2022)

| | |
|---|---|
| NICHOLAS W. MCKINNEY (SBN 322792)<br>NMcKinney@littler.com<br>LITTLER MENDELSON, P.C.<br>500 Capitol Mall, Suite 2000<br>Sacramento, CA 9514<br>Telephone:   916.830.7200<br>Fax No.:        916.561.0828 | TIMOTHY S. ANDERSON, SBN 71593 (OH)<br>*Admitted Pro Hac Vice*<br>tanderson@littler.com<br>LITTLER MENDELSON P.C.<br>127 Public Square, Suite 1600<br>Cleveland, Ohio 44114-9612<br>Telephone:   216.696.7600<br>Fax No.:        216.696.2038 |

*Attorneys for Defendant,*
*Packaging Corporation of America Central California Corrugated LLC*


By: */s/ Gina M. Roccanova* (as authorized on 8/1/2022)

GINA M. ROCCANOVA
JACKSON LEWIS P.C.
50 California Street 9th Floor
San Francisco, California 94111
Telephone No. (415) 796-5493
Gina.Roccanova@jacksonlewis.com

*Attorneys for Defendants Schwarz Partners, LP*

# **ORDER**

Pursuant to the parties' notice of tentative settlement and stipulation, and with good cause appearing, the Court hereby vacates all remaining deadlines and orders that the parties submit their Consent Decree and Proposed Order Entering the Consent Decree for the Court's review and approval by no later than September 15, 2022.

IT IS SO ORDERED.

Dated:  August 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE