ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

*See Signature Page for Complete List of Defense Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC, and SCHWARZ PARTNERS, LP,<br><br>Defendants. | Case No.: 2:20-CV-01948-MCE-CKD<br><br>**STIPULATION TO CONTINUE DEADLINE TO SUBMIT CONSENT DECREE AND PROPOSED ORDER ENTERING THE CONSENT DECREE, AND ORDER** |

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (Plaintiff) and Defendants PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED LLC and SCHWARZ PARTNERS LP (Defendants) (collectively referred to as the Parties) are finalizing and preparing to file their Consent Decree and Proposed Order Entering the Consent Decree (Consent Decree) for the Court's review and approval.  The parties intend to file the Consent Decree within days, but respectfully request that the Court extend the September 15, 2022 deadline to submit the Consent Decree (ECF 44) by 14 days to September 29, 2022.

The Parties believe that good cause exists to extend this deadline, because all other deadlines

1  have already been vacated and a final settlement appears eminent.

2  IT IS SO STIPULATED.

3      DATED this 15th day of September 2022.

4

5  By:  /s/ James H. Baker

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| MARCIA L. MITCHELL<br>Supervisory Trial Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| JAMES H. BAKER<br>Senior Trial Attorney | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
*Attorneys for Plaintiff EEOC*


By:  /s/ Timothy S. Anderson (as authorized on 9/13/2022)

| | |
|---|---|
| NICHOLAS W. MCKINNEY (SBN 322792)<br>NMcKinney@littler.com<br>LITTLER MENDELSON, P.C.<br>500 Capitol Mall, Suite 2000<br>Sacramento, CA 9514<br>Telephone:   916.830.7200<br>Fax No.:   916.561.0828 | TIMOTHY S. ANDERSON, SBN 71593 (OH)<br>*Admitted Pro Hac Vice*<br>tanderson@littler.com<br>LITTLER MENDELSON P.C.<br>Key Tower<br>127 Public Square, Suite 1600<br>Cleveland, Ohio 44114-9612<br>Telephone:   216.696.7600<br>Fax No.:   216.696.2038 |

*Attorneys for Defendant,*
*Packaging Corporation of America Central California Corrugated LLC*


By:  /s/ Gina M. Roccanova (as authorized on 9/13/2022)

GINA M. ROCCANOVA
JACKSON LEWIS P.C.
50 California Street 9th Floor
San Francisco, California 94111
Telephone No. (415) 796-5493
Gina.Roccanova@jacksonlewis.com

*Attorneys for Defendants Schwarz Partners, LP*

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the deadline to file their Consent Decree and Proposed Order Entering the Consent Decree for the Court's review and approval is continued from September 15, 2022, to September 29, 2022.

IT IS SO ORDERED.

Dated:  September 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE