1  ROBERTA STEELE, SBN 188198 (CA)
   MARCIA L. MITCHELL, SBN 18122 (WA)
2  JAMES H. BAKER, SBN 291836 (CA)
   U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   450 Golden Gate Ave., 5th Floor West
4  P.O. Box 36025
   San Francisco, CA  94102
5  Telephone No. (650) 684-0950
   Fax No. (415) 522-3425
6  james.baker@eeoc.gov

7  *Attorneys for Plaintiff EEOC*

8    NICHOLAS W. MCKINNEY (SBN 322792)      GINA M. ROCCANOVA (SBN 201594)
     LITTLER MENDELSON, P.C.                JACKSON LEWIS P.C.
9    500 Capitol Mall, Suite 2000          400 Capitol Mall, Suite 1600
     Sacramento, CA 9514                    Sacramento, California 95814
10   Telephone: 916.830.7200                Telephone No. (916) 341-0404
     Facsimile: 916.561.0828                Fax No. (916) 341-0141
11   NMcKinney@littler.com                  gina.roccanova@jacksonlewis.com

12   TIMOTHY S. ANDERSON, *Pro Hac Vice*    Attorneys for Defendant,
     LITTLER MENDELSON, P.C.                *Schwarz Partners, LP*
13   127 Public Square, Suite 1600
     Cleveland, OH 44114
14   Telephone:  216.696.7600
     Facsimile:  216.696.2038
15   tanderson@littler.com

16   Attorneys for Defendant,
     *Packaging Corporation of America Central*
17   *California Corrugated, LLC*

18

19                      UNITED STATES DISTRICT COURT

20                      EASTERN DISTRICT OF CALIFORNIA

21  U.S. EQUAL EMPLOYMENT OPPORTUNITY        Case No.: 2:20-CV-01948-MCE-CKD
    COMMISSION,
22
                Plaintiff,
23                                           **[PROPOSED] ORDER ENTERING**
                                             **CONSENT DECREE**
24          vs.

25  PACKAGING CORPORATION OF AMERICA
    CENTRAL CALIFORNIA CORRUGATED, LLC,
26  and SCHWARZ PARTNERS, LP,

27              Defendants.

28

1      The Court, having considered the stipulated Consent Decree of the parties filed concurrently

2 herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final

3 decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice

4 and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of

5 enforcing the Consent Decree approved herein until it expires according to its terms.

6      IT IS SO ORDERED.

7

8 Dated: _____

                           _____
                           HON. MORRISON C. ENGLAND, JR.
9                            United States District Court Judge

10 Presented by:

11   BY: */s/ Roberta L. Steele*
      ROBERTA L. STEELE
      Regional Attorney

                    GWENDOLYN Y REAMS
                    Acting General Counsel

12       MARCIA L. MITCHELL
13       Supervisory Trial Attorney

                    CHRISTOPHER LAGE
                    Deputy General Counsel

14       JAMES H. BAKER
      Trial Attorney

                    Office of the General Counsel
                    131 "M" Street NE
                    Washington, D.C. 20507

15 U.S. EQUAL EMPLOYMENT
16 OPPORTUNITY COMMISSION
  San Francisco District Office
17 450 Golden Gate Ave., 5th Floor West
  P.O. Box 36025
18 San Francisco, CA  94102

19 *Attorneys for Plaintiff EEOC*

20 Dated:  October 27, 2022          LITTLER MENDELSON, P.C.

21                     By:   */s/ Timothy S. Anderson* (as authorized on 10/27/22)
                           Timothy S. Anderson
22                            Nicholas W. McKinney

23                     *Attorneys for Defendant,*
                    *Packaging Corporation of America Central*
24                     *California Corrugated, LLC*

25 Dated:  October 27, 2022          JACKSON LEWIS, P.C.

26                     By:   */s/ Gina M. Roccanova* (as authorized on 10/27/22)
                           Gina M. Roccanova

27                     *Attorneys for Defendant,*
28                     *Schwarz Partners, LP*