ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

| | |
|---|---|
| NICHOLAS W. MCKINNEY (SBN 322792)<br>LITTLER MENDELSON, P.C.<br>500 Capitol Mall, Suite 2000<br>Sacramento, CA 9514<br>Telephone: 916.830.7200<br>Facsimile: 916.561.0828<br>NMcKinney@littler.com | GINA M. ROCCANOVA (SBN 201594)<br>JACKSON LEWIS P.C.<br>400 Capitol Mall, Suite 1600<br>Sacramento, California 95814<br>Telephone No. (916) 341-0404<br>Fax No. (916) 341-0141<br>gina.roccanova@jacksonlewis.com |
| TIMOTHY S. ANDERSON, *Pro Hac Vice*<br>LITTLER MENDELSON, P.C.<br>127 Public Square, Suite 1600<br>Cleveland, OH 44114<br>Telephone:  216.696.7600<br>Facsimile:  216.696.2038<br>tanderson@littler.com | Attorneys for Defendant,<br>*Schwarz Partners, LP* |

Attorneys for Defendant,
*Packaging Corporation of America Central California Corrugated, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PACKAGING CORPORATION OF AMERICA CENTRAL CALIFORNIA CORRUGATED, LLC, and SCHWARZ PARTNERS, LP,<br><br>Defendants. | Case No.: 2:20-CV-01948-MCE-CKD<br><br>**ORDER ENTERING CONSENT DECREE** |

1     The Court, having considered the stipulated Consent Decree of the parties filed concurrently
2  herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final
3  decree of this Court in full settlement of this action.  This lawsuit is hereby DISMISSED with
4  prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for
5  purposes of enforcing the Consent Decree approved herein until it expires according to its terms.
6  The Clerk of the Court is directed to close this case.
7     IT IS SO ORDERED.
8  Dated:  November 8, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE